No. 197.  UNITED STATES v. WILSON, DOING BUSINESS AS COOPERATIVE BUYING SERVICE; and
No. 198.  UNITED STATES v. PURCHASING CORPORATION OF AMERICA ET AL.

Argued January 5–6, 1953.  Decided February 2, 1953.  *Per Curiam:* The judgments are affirmed.  MR. JUSTICE DOUGLAS and MR. JUSTICE BURTON dissent. MR. JUSTICE CLARK took no part in the consideration or decision of these cases.  *John F. Davis* argued the cause for the United States.  With him on the brief were *Acting Solicitor General Stern, Assistant Attorney General*

*Murray, Beatrice Rosenberg* and *J. F. Bishop. Philip B. Perlman,* then Solicitor General, was on the Statements as to Jurisdiction. *Selden S. McNeer* argued the cause for appellees. With him on the brief was *Hobart L. McKeever.*